Marianne Carpenter, Appellant, v. William H. Carpenter, Respondent. — Judgment unanimously affirmed, with costs.

John F. Garry, Respondent, v. Red Hook Light and Power Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Margaret L. Lyman, as Administratrix, etc., of Arden N. Lyman, Deceased, Respondent, v. The Delaware and Hudson Company, Appellant.— Order affirmed, with costs. All concurred.

Delore Lafave, Respondent, v. Henry A. Barnard and Romeo Barnard, Appellants.— Judgment affirmed, with costs. All concurred.

Ellwood P. Morey, Respondent, v. Fannie E. Stewart and John C. Stewart, as Executors, etc., of Samuel C. Stewart, Deceased, Appellants. — Judgment unanimously affirmed, with costs.

Oscar Miles, Respondent, v. John D. Miller, Appellant.— Judgment and order unanimously affirmed, with costs.

John J. Miran, Respondent, v. The American Gas Machine Company, Appellant.— Judgment and order unanimously affirmed, with costs.